June 22, 2012

Mr. Joseph L. Hood Jr.
Windle Hood Alley Norton Brittain & Jay LLP
Chase Tower, Suite 1350
201 East Main Drive
El Paso, TX 79901
Mr. John P. Mobbs
Attorney at Law
7170 Westwind Drive, Suite 201
El Paso, TX 79912

RE: Case Number: 10-0490
 Court of Appeals Number: 08-07-00257-CV
 Trial Court Number: 2003-4899

Style: EL APPLE I, LTD.
 v.
 MYRIAM OLIVAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Delia |
| |Briones |
| |Ms. Denise |
| |Pacheco |